```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
  BASHAR AL-TAIE et al,                                  :
                                                         :
                          Plaintiffs,                    :
                                                         :    23-MC-0019 (VSB)
                  -against-                              :
                                                         :         ORDER
                                                         :
  ISLAMIC REPLUBLIC OF IRAN and                          :
  IRANIAN ISLAMIC REVOLUTIONAL                           :
  GUARD CORPS.,                                          :
                                                         :
                          Defendants.                    :
---------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      This action was filed on January 23, 2023 as a motion to compel judgment registered in another district. (Doc. 1.) On January 24, 2023, the Clerk's Office directed Plaintiff's counsel to request an Abstract of Judgment in accordance with ECF Filing Rules & Instructions 16.6. To date, Plaintiff's counsel has not filed any such request. Accordingly, it is hereby:

      ORDERED that Plaintiff's counsel request an Abstract of Judgment by June 16, 2023.

SO ORDERED.

Dated: June 13, 2023
       New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge