```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
BASHAR AL-TAIE et al.,                                     :
                                                           :
                              Plaintiffs,                  :
                                                           :        23-MC-0019 (VSB)
                 -against-                                 :
                                                           :             ORDER
ISLAMIC REPLUBLIC OF IRAN and                              :
IRANIAN ISLAMIC REVOLUTIONARY                              :
GUARD CORPS.,                                              :
                                                           :
                              Defendants.                  :
------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

      This action was filed on January 23, 2023 as a motion to compel judgment registered in another district.  (Doc. 1.)  On January 24, 2023, the Clerk's Office directed Plaintiffs' counsel to request an Abstract of Judgment in accordance with ECF Filing Rules & Instructions 16.6.  On June 13, 2023, I directed Plaintiffs' counsel to request an Abstract of Judgment by June 16, 2023.  (Doc. 3.)  However, to date, Plaintiffs have not requested an Abstract of Judgment or taken any action to prosecute this case.  If Plaintiffs fail to do so by July 21, 2023, or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss Plaintiffs' claims for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   July 12, 2023  
           New York, New York

                                                                VERNON S. BRODERICK  
                                                                  United States District Judge