```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BASHAR AL-TAIE et al.,                                      :
                                                            :
                              Plaintiffs,                   :
                                                            :           23-MC-0019 (VSB)
                -against-                                   :
                                                            :                 ORDER
ISLAMIC REPLUBLIC OF IRAN and                               :
IRANIAN ISLAMIC REVOLUTIONARY                               :
GUARD CORPS.,                                               :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      This action was filed on January 23, 2023 as a motion to compel judgment registered in another district.  (Doc. 1.)  On January 24, 2023, the Clerk's Office directed Plaintiffs' counsel to request an Abstract of Judgment in accordance with ECF Filing Rules & Instructions 16.6.  On June 13, 2023, I directed Plaintiffs' counsel to request an Abstract of Judgment by June 16, 2023.  (Doc. 3.)  However, Plaintiffs failed to request an Abstract of Judgment or take any action to prosecute this case.  On July 12, 2023, I again directed Plaintiffs to request an Abstract of Judgment.  (Doc. 4.)  I warned, "If Plaintiffs fail to do so by July 21, 2023, or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss Plaintiffs' claims for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)."  (*Id.*)  To date, however, Plaintiffs have not requested an Abstract of Judgment or taken any action to prosecute this case.

      Accordingly, Plaintiffs' claims are dismissed without prejudice pursuant to Rule 41(b).  The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated:    July 25, 2023
             New York, New York

_____
VERNON S. BRODERICK
United States District Judge